IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>EMMA VIOLETA VELEZ BAEZ<br><br><br>XXX-XX-9964<br><br><br><br>**Debtor(s)** | CASE NO. 10-01376 SEK<br><br>Chapter 13 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **CONFIRMATION HEARING** scheduled for **5/11/10 AT 8:30 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 8/10/10 AT 8:30 A.M.**

San Juan, Puerto Rico, this 12 day of April, 2010.

```
                              CELESTINO MATTA-MENDEZ
                              Clerk of the Court

                         BY:  ELSIE BADILLO
                                   Deputy Clerk
```

**DEALINE TO OBJECT TO THE CONFIRMATION OF THE PLAN:**

**OBJECTIONS MUST BE FILED NOT LATER THAN FOURTEEN (14) DAYS PRIOR THE HEARING ON CONFIRMATION AS PER P.R. LOCAL RULE 3015-2(e) (1).**