IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE:    EMMA VIOLETA VELEZ BAEZ

Bkrtcy. No.    10-01376-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: **Feb 26, 2010** | Meeting Date **Jul 22, 2010** | DC Track No. **5** |
| Days from petition date **146** | Meeting Time **8:00 AM** | |
| 910 Days before Petition **8/31/2007** | ☐ Chapter 13 Plan Date **Feb 26, 2010 Dkt.# 2** | ☐ Amended. |
| This is debtor(s) **1st** Bankruptcy petition. | Plan Base: **$24,000.00** | |
| This is the **1st** Scheduled Meeting | Confirmation Hearing Date: **Aug 10, 2010** | Time: **8:30 AM** |

Payment(s) ☐ Received or
☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | $1,200.00 |
|---|---|---|---|---|

| I. **Appearances:** ☐ Telephone ☐ Video Conference | ☐ Creditor(s) present: ☒ None. |
|---|---|
| ☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent | |
| ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent | |
| Debtor(s) was/were ☒ Examined ☐ Not Examined under oath. | |
| Attorney for Debtor(s) ☒ Present ☐ Not Present | |
| ☐ Substitute attorney:   ☐ Pro-se. | |

| II. Attorneys Fees as per R 2016(b) Statement | Attorney of record: | **JUAN O CALDERON LITHGOW*** |
|---|---|---|
| Total Agreed: **$3,000.00** | Paid Pre-Petition: **$100.00** | Outstanding: **$2,900.00** THROUGH THE PLAN |

| III. Trustee's will file Motion to Dismiss: | ☐ For Failure to appear; | ☐ For Failure to commence payments. |
|---|---|---|

**IV.    Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.    **Liquidation Value:** 0

Commitment Period is ☐ 36 **TBD** ☐ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

**The Trustee** ☐ **RECOMMENDS** ☒ **OBJECTS** **Plan confirmation.**

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for:

**V.    Trustee's OBJECTIONS to Confirmation:**   ① other

| | |
|---|---|
| ☐ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4) | |
| ② ☒ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308] | |
| ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3) | |

ADDITIONAL OBJECTIONS / COMMENTS:

① Debtor will amend the Voluntary Petition to correct
her address it should read Mue #157 not #159.
① Debtor's Means test is incomplete - Re: lines 27, 28
household should be 3, income should include sister's
income and sms income.
② Debtor failed to list family contribution. Any

/s/ José R. Carrión
Trustee       Presiding Officer       Page 1 of **2**       Date: Jul 22, 2010

amendment to Sch. I must be accompanied by

Case No. 10-01376 ЖК

**ADDITIONAL OBJECTIONS / COMMENTS:**

(2). Debtor failed to list her X-mas bonus. Some of said income should be surrendered to fund the plan for it is Disposable income.

(3) Debtor must Submit 2009's X-mas Bonus. Said income was not included in the Means test. Debtor must make the pertinent amendments

(4) Debtor must amend the plan to include the Tax Refund Statement. Tax Refunds are disposable income and should be used to fund the plan.

_____
Trustee / Presiding Officer

Page 2 of 2

Date: July 22, 2010