IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EMMA VELEZ BAEZ

CASE NO. 10-01376-SEK13    SEK

Chapter: 13

Debtor(s)

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
CONFIRMATION OF PLAN DATED 2/26/2010 (#2)

PARTIES PRESENT: ☐ Debtor  ☑ Debtor's Attorney  ☑ Chapter 13 Trustee  ☐ Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

☐ **Plan Confirmed** Dated: _____ *  ☐ As modified in open Court see additional comments.
☐ **Modified Plan** Dated: _____  ☐ Approved  ☐ Denied
☐ Opposition ☐ Motion To Dismiss ☐ Motion To Convert: withdrawn by: _____
☐ Confirmation of Plan is denied for reasons stated in open Court.
☐ **Motion filed by** _____ is  ☐ Granted *  ☐ Denied *  ☐ Moot.
☐ Debtor's motion requesting voluntary dismissal is hereby granted. *  ☐ Trustee is awarded $100.00 for costs.
☐ Case is dismissed for reasons stated in open Court. *  ☐ Order to show cause is enforced and case is dismissed.*
☐ The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of _____ days.
☐ **Motion for Reconsideration was granted.** * Order Dismissing Case entered on _____ is vacated and set aside.
☐ **Motion filed by** _____ requesting conversion was granted.*
☐ The case was **converted for reasons stated in open Court.** * ☐ _____ to pay conversion fees within _____ days.
☐ Debtor's ☐ Trustee's **Objection to Claim No.** _____ **filed by** _____ is: ☐ Granted ☐ Denied, **Claim is :** * ☐ Disallowed ☐ Allowed as _____.
☐ Debtor has _____ days to file objection to claim(s) number(s) _____ of creditor(s)
☐ **Application for Compensation and/or Reimbursement of Expenses filed by** _____ is ☐ Approved in the amount of _____.* ☐ Denied.*
☐ **341 Meeting was rescheduled for:** _____ at _____
☐ **Hearing rescheduled:** ☐ Status conference set: ☐ Pretrial hearing for: _____ at _____
☐ Clerk to give notice of hearing.* ☐ Clerk to follow up and return to chambers within _____ days for court to consider pending matters: _____
☑ Additional Comments:
Counsel granted (10) days to provide copy insurance estimate and trustee to file his report on confirmation.

DATE: 8-10-2010                           BY: MARIBEL MONTALVO