UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                                          CASE NO. 10-01376-SEK
EMMA VIOLETA VELEZ BAEZ
                                                                CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**          Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0**        R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,900.00    Fees paid: $0.00    Fees Outstanding: $2,900.00**

With respect to the proposed (amended) Plan dated: **August 08, 2010** (Dkt 20).          Plan Base: **27,300.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility [§1325(a)(6)]: Default in payments to Trustee.
   Debtor is two (2) months in arrears under the proposed plan equivalent to $860.00.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this September 29, 2010.


                                        /s/ Jose R. Carrion
                                        _____
                                        /s/ Juliel Perez -Staff Attorney
                                        _____
                                        JOSE R. CARRION
                                        CHAPTER 13 TRUSTEE
                                        PO Box 9023884, San Juan, PR 00902-3884
jp                                      Tel. (787) 977-3535  Fax  (787) 977-3550