IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

**EMMA VIOLETA VELEZ BAEZ**

Debtor(s)

Case No. **10-01376 SEK**

Chapter 13

## INFORMATIVE MOTION RELATED TO
## TRUSTEE UNFAVORABLE REPORT

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Trustee filed an unfavorable report alleging plan arrears of $860.00. As per October 17, 2010 the trustee website reflect that the only payment pending is due on October 26, 2010. Debtor synchronized her payments with the paycheck received at the end of every month, although she is trying to adjust it for the first bimonthly paycheck to prevent misunderstanding (Report from trustee's website attached).

2. According to the situation explained and taken into consideration that this is the only issue raised in trustee's motion, we believe that this case in confirmable.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed and confirm amended plan dated August 8, 2010..

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to the Chapter 13 trustee Jose R. Carrion.

In Vega Baja, Puerto Rico, on this August 9, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

1

## PAYMENT SCHEDULES - CASE 10-01376

Printer Friendly 

Which Debtor: **EMMA VIOLETA VELEZ BAEZ**                                     Schedule Number: **1**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 3/28/2010 | 5.00 | $400.00 | MONTHLY | EMMA VIOLETA VELEZ BAEZ | 8/10/2010 | |
| 8/28/2010 | 55.00 | $460.00 | MONTHLY | EMMA VIOLETA VELEZ BAEZ | 8/10/2010 | |
| 3/28/2015 | end of plan | $0.00 | MONTHLY | EMMA VIOLETA VELEZ BAEZ | 8/10/2010 | |

Click to View Debtor schedules.

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 3/2010 | $400.00 | | $400.00 |
| 2 | 4/2010 | $400.00 | $0.00 | $800.00 |
| 3 | 5/2010 | $400.00 | $400.00 | $800.00 |
| 4 | 6/2010 | $400.00 | $400.00 | $800.00 |
| 5 | 7/2010 | $400.00 | $400.00 | $800.00 |
| 6 | 8/2010 | $460.00 | $400.00 | $860.00 |
| 7 | 9/2010 | $460.00 | $460.00 | $860.00 |
| 8 | 10/2010 | | $460.00 | $400.00 |

**Total Delinquent Amount: $400.00**



