# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

EMMA VIOLETA VELEZ BAEZ
Debtor

FIRSTBANK PUERTO RICO
Movant

V.

EMMA VIOLETA VELEZ BAEZ and JOSE
RAMON CARRION MORALES,
Trustee

Respondents

CASE NO. 10-01376-SEK
CHAPTER 13

INDEX___

(x) of acts against property under
11 USC 362 (d) (2)

( ) of other acts under 11 USC 362
(d) (1)

( ) of co-debtor stay under 11 USC 1201 (c)
(2) or 1301 (c) (2)

## MOTION REQUESTING RELIEF FROM THE AUTOMATIC STAY

## TO THE HONORABLE COURT:

**COMES NOW**, **FIRSTBANK PUERTO RICO**, through its undersigned attorneys and very respectfully states and prays:

1.    That jurisdiction is ascertained under 28 USC §1334 & 28 USC § 157.

2.    That on February 28, 2006, **Emma Vélez Báez** the above captioned Debtor, for value received, subscribed a Note for the amount of $96,000.00 with interest at the annual rate of six and seven eighths    (6  7/8 %). **(See Exhibit I, Note)**

3.    To guarantee the aforesaid Note, the above captioned Debtor subscribed a First Mortgage Deed #38 in the amount of $96,000.00 plus an additional amount of $9,600.00 for

attorney's fees if the mortgagee had to file an action in Court requesting the foreclosure of said mortgage. The before mentioned deed was subscribed on February 28, 2006, before Notary Public Carlos Omar González Dávila.   *(See Exhibit II, Deed)*

> URBANA: Solar # 157 Urbanización San Vicente, barrio Cabo Caribe de Vega Baja, con una cabida de 316.27 metros cuadrados; en lindes por el NORTE, con solar 158 en 23.96 metros; por el SUR, con solar 158 en una distancia de 23.96 metros; por el ESTE, con los solares 124 y 123 en uan distancia de 13.20 metros y por el OESTE, con la calle 5 en 13.20 metros.
>
> Enclava una casa.
>
> Inscrita al folio 55 del tomo 119 de Vega Baja, finca número 5648, Registro de la Propiedad, Sección IV de Bayamón

5.      That the herein Debtor, **Emma Violeta Vélez Baez** is the owner of the mortgaged property according to the Title Study. *(See Exhibit III)*

6.      That Debtor, **Emma Violeta Vélez Baez,** has failed to comply with the terms and conditions of the aforesaid mortgage, and is in arrears since the month of September 2010.

7.      Firstbank Puerto Rico is the current holder of the above described mortgage.

8.      That the principal actually owed by Debtor is in the amount of $92,284.64 plus interests accrued from September 2010. In addition, Debtor owes $19.46 in late charges, $250.00 for attorney's fees, and $150.00 of filing fees. *(See Exhibit IV, Firstbank Puerto Rico )*

9.     That Debtor has failed to make payments to her mortgage since September 2010. It is Movant's contention that said failure constitutes cause as stated in 11 USC§ 362 (d) (1). Based on the aforesaid the automatic stay should be lifted in favor of the herein movant.

10.     The Military Status Report Pursuant to the Service Members Civil Relief Act of 2003 has been included as *Exhibit V.*

11.     That *Mr. José Ramón Carrión Morales, Esq.,* has been appointed Trustee of Debtor's' estate and neither him, nor Debtor has provided adequate protection to the herein secured creditor.

12.     Therefore, through this motion, relief from the stay of an act against property is being sought.

*WHEREFORE,* and in view of the aforesaid, it is hereby respectfully requested that an Order be entered granting relief from the automatic stay, allowing the herein secured creditor to commence or continue with the appropriate State or Federal foreclosure proceeding against the property at bar.

*WITHIN TWENTY (20) DAYS AFTER SERVICE* as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. *IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED*

**HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED** unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: *I HEREBY CERTIFY,* that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to of such filing to: **Mr. José R. Carrión Morales, Esq.** Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062; **Ms. Monsita Lecaroz Arribas, Esq.**, Office of the United States Trustee, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901; **Mr. Juan O. Lithgow Calderon, Esq.** PO Box 1710, Vega Baja, PR 00694; **Ms. Emma Violeta Vélez Báez**, 159 Calle 5, Urb. San Vicente, Vega Baja, PR 00693, and to all non participants of CM/ECF.

In San Juan, Puerto Rico this 22nd day of November 2010.

*/s/ RAFAEL A. GONZALEZ VALIENTE*
*USDC NO. 225209*
*COUNSEL FOR FIRSTBANK PR*
*LATIMER, BIAGGI, RACHID & GODREAU*
*P. O. BOX 9022512*
*TEL:  (787) 724-0230 FAX: (787) 724-9171*
*rgonzalez@lbrglaw.com*

# NOTE
## PAGARE

EXHIBIT I

US $96,000.00

San Juan---, Puerto Rico
City-(Ciudad)

------ February 28------, 2006
------de------------ de ------

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay **FIRSTBANK PUERTO RICO** ------
---POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

_____ or order the principal sum of  NINETY SIX THOUSAND DOLLARS
_____, o a su orden, la suma principal de _____

($96,000.00) ------------

Dollars, with interest on the unpaid principal balance from the date of this Note, until paid, at the
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a

rate of  six and seven eighths (6 7/8%) ------------ percent per annum. Principal and interest shall be payable at
razón del _____  por ciento anual. El principal e intereses serán pagaderos en

San Juan, Puerto Rico------

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

**SIX HUNDRED THIRTY DOLLARS AND SIXTY FIVE CENTS** ------------Dollars (US$ **630.65** ),
_____Dolares (US$ _____ ),

on the **first** day of each month beginning _____ April 1st. ------------, 2006 _____ until
en el primer día de cada mes comenzando el _____ de _____ de _____, hasta

the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner
que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes

paid, shall be due and payable on ------------ **March 1st., 2036** ------------
pagada, quedará vencida y pagadera en _____

---If any monthly installment under this Note is not paid when due and remains unpaid after a date
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified in a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulada sobre la misma

shall at once become due and payable at the option of the Note Holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten percent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorney's fees.------------
cubrir los costos y gastos de dicho procedimiento, incluyendo, sin implicar limitación, honorarios de abogado. ------------

---Borrower shall pay to the Note holder a late charge of **five percent (5%)** of any
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de **cinco por ciento (5%)** de cualquier plazo

monthly installment not received by the Note holder within **fifteen (15)** days after the
mensual que no sea recibido por el tenedor de este Pagaré dentro de **quince (15)** días después de la fecha de

installment is due. ------------
vencimiento de dicho plazo. ------------

---Borrower may prepay the principal amount outstanding in whole or in part. The Note holder
---El Deudor podrá

and (ii) in the amount of that part of one or more plays ~~~suals que sería aplicable
y (ii) sean en la (~~~) de ~~~lla parte de uno o más plar~~~

to principal. Any Partial prepayment shall be applied against the principal amount outstanding and
a principal. Cualquier pago parcial por anticipado será aplicado contra el principal insoluto y

shall not postpone the due date of any subsequent monthly installments or change the amount of such
no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni cambiará el monto de dichos

installments, unless the Note holder shall otherwise agree in writing. If, within five years from the date
plazos, a menos que el tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco años desde la fecha

of this Note, the undersigned makes any prepayments in any twelve month period beginning with the
de este pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses comenzando con la

date of this Note or anniversary dates thereof ("loan year") with money lent to the undersigned by a
fecha de ese Pagaré o la de sus aniversarios ("año del préstamo") con dineros prestados a los suscribientes por un

lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the first
prestador que no sea el tenedor del presente, los suscribientes pagarán al tenedor del presente (a) durante el primer

loan year _____3_____ percent of the prepaid amount (b) during the second and third
año del préstamo _____por ciento de la cuantía prepagada (b) durante el segundo y tercer

loan years _____2_____ percent of the prepaid amount and (c) during the fourth. and fifth
año del préstamo _____por ciento de la cuantía prepagada (c) durante el cuarto y quinto

loan years _____1_____ percent of the amount by which the sum of prepayments made in
años del préstamo _____por ciento de la cuantía por la cual el total de los pagos anticipados hechos en

any such loan year exceeds twenty percent of the original principal amount of this Note. --------------------------
cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal de este Pagaré. --------------------

---Presentment, notice of dishonor, and protest are hereby waived by all makers,
----Por la presente se renuncian los derechos de presentación, aviso de rechazo, y protesta por todos los otorgantes,

sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
fiadores, garantizadores y endosantes del presente. Este Pagaré constituye obligación solidaria de todos sus

makers, sureties, guarantors and endorsers, and shall be binding upon them and their heirs,
otorgantes, fiadores, garantizadores y endosantes y les obliga. así como a sus herederos,

personal representatives, successors and assigns.--------------------------------------------------------------------------------
representantes personales, sucesores y cesionarios. -----------------------------------------------------------------------------------

---Any notice to Borrower provided for in this Note shall be given by mailing such notice by
---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por

certified mail addressed to Borrower at the Property Address stated below, or to such other address as
correo certificado dirigida al Deudor a la Dirección de la Propiedad que abajo se indica, o a cualquier otra dirección que

Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser

given by mailing such notice by certified mail, return receipt requested, to the Note holder at the address
enviada por correo certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note, or at such other address as may have been designated by
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección que se haya designado mediante

notice to Borrower.------------------------------------------------------------------------------------------------------------
notificación al Deudor. ---------------------------------------------------------------------------------------------------------------

---The indebtedness evidenced by this Note is secured by a Mortgage, dated of even date herewith,
---La deuda evidenciada por este Pagaré está garantizada por una Hipoteca, de fecha igual a la del presente,

on property as indicated in Deed number __=38=__ before the subscribing Notary.--------------------------------
sobre propiedad según indicada en la Escritura número _____ ante el Notario suscribiente.

EMMA VIOLETA VELEZ BAEZ

157 5 ST. SAN VICENTE
VEGA BAJA, P.R. 00693

Property Address
Dirección de la Propiedad

AFF. # ___031___

Subscribed to and acknowledge before me, the Notary,

EXHIBIT II

---DEED NUMBER THIRTY EIGHT (38)----------------------------------

# ----------------- FIRST MORTGAGE -----------------
-------------------------- PRIMERA HIPOTECA ------------------

----:In the City of   San Juan ------------------ , Puerto Rico, ---------
----En la Ciudad de ----------------------------------------------- , Puerto Rico, ---------------

this twenty eighth (28th)----- day of February, two thousand ------
hoy día ------------------------------------------- de --------------------------------------------

six (2006) --------------------------------------------------------------------

-------------------------- BEFORE ME -----------------------------------
--------------------------------- ANTE MI -----------------------------------------

---- CARLOS OMAR GONZALEZ-DAVILA------------------ , a Notary Public
-- --------------------------------------------------------------- , Notario Público

in Puerto Rico, with residence in the City of    Guaynabo,-----------
en Puerto Rico con residencia en la Ciudad de    -----------------------------------

Puerto Rico. ---------------------------------------------------------------------
Puerto Rico. ---------------------------------------------------------------------

-------------------------- APPEAR -----------------------------------------
--------------------------------- COMPARECE(N) --------------------------------

----The person(s) mentioned in paragraph SEVENTH hereof (herein)
----La(s) persona(s) mencionada(s) en el párrafo SEPTIMO (en adelante

"Borrower"). ----------------------------------------------------------------------
"el Deudor"). ----------------------------------------------------------------------

----I, the Notary, hereby certify that I known the appearing parties
----Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein and through their statements as to their ages, civil status,
y  por  sus  dichos  de  sus  edades,  estados  civiles,

occupations and residences.   They assure me that they have, and in my
ocupaciones y residencias.        Ellos me aseguran que tiene y a mi

judgment they do have, the necessary legal capacity to execute this
juicio tienen, la capacidad legal necesaria para otorgar esta

deed; wherefore they freely --------------------------------------------------
escritura; por tanto libremente --------------------------------------------------

-------------------------- STATE AND COVENANT ----------------------
--------------------------------- DECLARAN Y CONVIENEN --------------------

----FIRST: That Borrower is owner of the property described in
----PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que tiene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas



and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against, all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO en la presente (en adelante

"Lender"). --------------------------------------------------------------
"el Prestador"). ---------------------------------------------------------

----SECOND: That Borrower is indebted to Lender in the
----SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of    **NINETY SIX THOUSAND DOLLARS ($96,000.00)** ---
suma principal de ---------------------------------------------------------

with interest thereon at the rate of    six and seven eighths (6 7/8%) --------
con interés sobre la misma a razón del --------------------------------------

percent (—%) per annum, which indebtedness is evidenced by a certain
por ciento (—%) anual, cuya deuda está evidenciada por un

note payable to Lender, or to its order, dated    February twenty eight (28)
pagaré pagadero al Prestador, o a su orden, fechado -----------------------------

----------------------- two thousand six (2006) --------------------------

(herein "Note") providing for monthly installments of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal e intereses con el balance de la deuda, si no ha sido

sooner paid, due and payable on    March first (1st.), two thousand ---------
antes satisfecho, vencedero y pagadero el -----------------------------------

thirty six (2036) ----------------------------------------------------
bearing Affidavit Number   thirty one (31)-----------------------------

--------------------------------------------------------------------------

----THIRD: To secure to Lender or to the holder by endorsement of
----TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré (a) el pago de la deuda evidenciada por el Pagaré,

with interest thereon, (b) the performance of the covenants and
con sus intereses, (b) el cumplimiento de los pactos y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal de Pagaré para cubrir costas, gastos y

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial,para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley, el Deudor

does hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. — — — — —
Prestador a los remedios dispuestos en el párrafo 18 de la presente. — — — — —

— — FOURTH: Borrower and Lender further convenant and agree
— — CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows: — — — — — — — — — — — — — — — — — — — —
lo siguiente: — — — — — — — — — — — — — — — — — — — —

— — 1. Payment of Principal and Interest. Borrower shall promptly pay
— — 1. Pago de Principal e Intereses. El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. — — — — — — — — — — — — — — — — — — — — — —
Pagaré. — — — — — — — — — — — — — — — — — — — —

— — 2. Funds for Taxes and Insurance. Subject to applicable law
— — 2. Fondos para Contribuciones y Seguros. Sujeto a las disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador



on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium, or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessments made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permita al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los Fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage. — — — — — — — — — — —
de las sumas garantizadas por esta Hipoteca. — — — — — — — — — —

— — If the amount of the Funds held by Lender, together with the
— — Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
exceden de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según vensan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assessments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y



special assessments as they fall due. Borrower shall pay to Lender any
derramas especiales, según venzan, el Deudor, pagará, al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envio por correo de notificación por el Prestador al Deudor

requesting payment thereof. — — — — — — — — — — — —
requiriendo su pago. — — — — — — — — — — — — — —

— — Upon payment in full of all sums secured by this Mort-
— — Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones del párrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador,

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no mas tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage. — — — — — — — — — — — — — —
por esta Hipoteca. — — — — — — — — — — — — — —

— — 3. Application of Payments. Unless applicable law provides
— — 3. Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los párrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. — — — — — — — — — — — — — —
cipal del Pagaré. — — — — — — — — — — — — — —

— — 4. Charges; Liens. Borrower shall pay all taxes, assess-
— — 4. Cargos; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
tos y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos,

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo este párrafo, y, en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravamen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravamen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravamen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof. — — — — — — — — — — — — — — — —
o de cualquier parte de la misma. — — — — — — — — — — — — —

— — 5. Hazard Insurance. Borrower shall keep the improvements now
— — 5. Seguro de Riesgo. El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante eregidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage. — — —
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca.



—— The insurance carrier providing the insurance shall be chosen by
—— El asegurador que proporcione el seguro será escogido por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del Prestador; disponiéndose que tal

approval shall not be unreasonably withheld. All premiums on
aprobación no será denegada irrazonablemente. Todas las primas de

insurance policies shall be paid in the manner provided under
pólizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagados en dicha forma, mediante

Borrower making payment, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

—— All insurance policies and renewals thereof shall be in form accept-
—— Todas las pólizas de seguro y sus renovaciones serán en forma acep-

able to Lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notices and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower. —— —— —— ——
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente. —— —— —— ——

—— Unless Lender and Borrower otherwise agree in writing,
—— A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no queda

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible or if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
convenientes de seguros serán aplicadas a las sumas garantizadas

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
*por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-*

erty is abandoned by Borrower or if Borrower fails to respond to Lender
*piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador*

within thirty (30) days from the date notice is mailed
*dentro de treinta (30) días a partir de la fecha de envío por correo de notificación por*

by Lender to Borrower that the insurance carrier offers to settle a claim
*el Prestador al Deudor de que el asegurador ofrece transigir una reclamación*

for insurance benefits, Lender is authorized to collect and apply the
*de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las*

insurance proceeds at Lender's option either to restoration or
*indemnizaciones provenientes de seguro a opción del Prestador a la restauración o*

repair of the Property or to the sums secured by this Mortgage. — — —
*reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca. — — —*

— — Unless Lender and Borrower otherwise agree in writing, any
*— — A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier*

such application of proceeds to principal shall not extend or post-
*tal aplicación de las indemnizaciones a principal no actuará para extender o pos-*

pone the due date of the monthly installments referred to
*poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia*

in paragraphs 1 and 2 hereof or change the amount of such installments.
*en los párrafos 1 y 2 de la presente o cambiar el monto de dichos plazos.*

— — If under paragraph 18 hereof the Property is acquired by Lender,
*— — Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,*

all right, title and interest of Borrower in and to any insurance policies
*todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros*

and in and to the proceeds thereof resulting from damage to the
*y en y sobre los fondos provenientes de las mismas como resultado de daños a la*

Property prior to the sale or acquisition shall pass to Lender to the
*Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el*

extent of the sums secured by this Mortgage immediately prior to such
*monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha*

sale or acquisition. — — — — — — — — — — — — — — — — — —
*venta o adquisición. — — — — — — — — — — — — — — — — — —*

— — 6. Preservation and Maintenance of Property; Condominiums;
*— — 6. Conservación y Mantenimiento de la Propiedad; Condominios;*

Planned Unit Developments. Borrower shall keep the Property in good
*Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen*

repair and shall not commit waste or permit impairment or deterioration
*estado de reparación y no permitirá ni causará deterioro o menoscabo*

of the Property. If this Mortgage is on a unit in a condominium or a

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento,

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association. ———————
que surgen de la condición de miembro del Deudor en dicha asociación. ————

——7.  Protection of Lender's Security. If Borrower fails to perform
——7.  Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en esta Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs. ————————————————————————
para efectuar reparaciones. —————————————————————

——If Lender required mortgage insurance as a condition of making

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof. — — — — — — — — — —
dispuesto en el párrafo 2 de la presente. — — — — — — — — — — — —

— — Any amounts disbursed by Lender pursuant to this
— — Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas,

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder. — — — — — — — — — — — — — — — — —
acción alguna bajo el mismo. — — — — — — — — — — — — — — — —

— — 8. Inspection. Lender may make or cause to be made
— — 8. Inspección. El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property. — — — — — — — — — — — — — — — — —
la Propiedad. . — — — — — — — — — — — — — — — —

— —9. **Condemnation.** The proceeds of any award or claim
— —9. **Expropiación.** Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender. — — — — — — — — — — — — — — — — — — —
Prestador. — — — — — — — — — — — — — — — — — —

— —In the event of a total taking of the Property, the
— —En caso de enajenación forzosa total de la Propiedad, los

proceeds shall be applied to the sums secured by this Mortgage,
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca,

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor. En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde al valor en el mercado

of the Property, immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

balance of the proceeds paid to Borrower. — — — — — — —
balance de dichos fondos serán pagados al Deudor. — — — — — —

— —If the Property is abandoned by Borrower or if, after
— —Si la Propiedad es abandonada por el Deudor, o si después

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

such notice is mailed, Lender is authorized to collect and apply
envio por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage. — — — — — —
Propiedad o al pago de las sumas aseguradas por esta Hipoteca. — — — — —

——Unless Lender and Borrower otherwise agree in writing,
—— A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos.

——10. Borrower Not Released. Extension of the time for payment or
—— 10. Deudor no queda Relevado. Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en título, constituirá

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevará, en forma alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en título del Deudor de responsabilidad.

Lender shall not be required to commence proceedings against such
No se requerirá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de las sumas garantizadas por esta Hipoteca por

reason. of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest. — — — — — — — — — — — —
los sucesores del Deudor. — — — — — — — — — — — — — — —

——11. Forbearance by Lender Not a Waiver. Any
—— 11. Indulgencia de Morosidad por Prestador no Constituye Renuncia. Cualquier

forbearance by Lender in exercising any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right or remedy hereunder, or otherwise afforded by applicable law,
derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,



The procurement of insurance or the payment of taxes or other liens or
La obtención de seguros, o el pago de contribuciones u otra carga o

charges by Lender shall not be a waiver of Lender's right to
gravamen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar el vencimiento de la deuda garantizada por esta Hipoteca.

——— 12. **Remedies Cumulative.** All remedies provided in this Mortgage
——— 12. Remedios Cumulativos. Todos los remedios dispuestos en esta Hipoteca

are distinct and cumulative to any other right or remedy under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y podrán ser ejercidos con-

currently, independently or successively. ——— ——— ——— ——— ———
currentemente, independientemente o sucesivamente. ——— ——— ——— ——— ———

——— 13. **Successors and Assigns Bound; Joint and Several Liability;**
——— 13. Sucesores y Cesionarios Obligados; Responsabilidad Solidaria;

**Captions.** The covenants and agreements herein contained shall bind,
Títulos. Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof. All covenants and agreements of Borrower
del párrafo 17 de la presente. Todos los convenios del Deudor

shall be joint and several. The captions and headings of the paragraphs
serán solidarios. Los títulos y epígrafes de los párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof. ——— ——— ——— ——— ———
para interpretar las disposiciones de la presente. ——— ——— ——— ——— ———

——— 14. **Notice.** Except for any notice required under applicable
——— 14. Notificación. Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

herein, and (b) any notice to Lender shall be given by certified mail,

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o al Deudor si se da

in the manner designated herein. — — — — — — — — — — —
en la manera dispuesta en la presente. — — — — — — — — —

— — 15. Uniform Mortgage; Governing Law; Severability. This form of
— — 15. Hipoteca Uniforme; Ley que Rige; Separabilidad. Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform security instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria. Esta Hipoteca será regida por la ley de

the jurisdiction in which the Property is located. In the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición o cláusula de esta Hipoteca o del Pagaré conflija con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de esta

Mortgage or the Note which can be given effect without the
Hipoteca o del Pagaré a las cuales pueda darse efecto sin la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable. — — — — — — — — —
y del Pagaré son declaradas separables. — — — — — — — — —

— — 16. Borrower's Copy. Borrower shall be furnished a conformed copy
— — 16. Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof. — — — — — — — — — — — — — — — — —
otorgamiento de la presente. — — — — — — — — — — — — —

— — 17. Transfer of the Property; Assumption. If all or any part of the
— — 17. Transferencia de Propiedad; Asunción. Si toda o parte de la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor



without Lender's prior written consent, excluding (a) the creation
*sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación*

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
*de una carga o gravamen subordinada a esta Hipoteca, (b) la crea-*

tion of a purchase money security interest for household appliances,
*ción de una garantía del precio de compraventa de enseres del hogar,*

(c) a transfer by devise or descent or (d) the grant of any
*(c) una transferencia por legado o herencia, o (d) la concesión de un*

leasehold interest of three years or less not containing an option
*derecho de arrendamiento de tres años o menos que no contenga una opción*

to purchase, Lender may, at Lender's option, declare all the sums
*de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas*

secured by this Mortgage to be immediately due and payable. Lender
*aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador*

shall have waived such option to accelerate if, prior to the sale or
*habrá renunciado tal derecho de aceleración si, antes de la venta o*

transfer, Lender and the person to whom the Property is to be sold
*transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida*

or transferred reach agreement in writing that the credit of such
*o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha*

person is satisfactory to Lender and that the interest payable on
*persona es satisfactorio al Prestador y de que el interés pagadero*

the sums secured by this Mortgage shall be at such rate as
*sobre las sumas aseguradas por esta Hipoteca será el tipo que*

Lender shall request. The waiver of the option to accelerate
*requiera el Prestador. La renuncia por el Prestador a la opción de aceleración*

provided in this paragraph 17 by Lender shall not be interpreted as a
*dispuesta en este párrafo 17 no será interpretada como un*

release from Borrower's obligations under this Mortgage and the Note.
*relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.*

——If Lender exercises such option to accelerate, Lender
*——Si el Prestador ejerce dicha opción de aceleración, el Prestador*

shall mail Borrower notice of acceleration in accordance with
*enviará por correo al Deudor notificación de aceleración de acuerdo con*

paragraph 14 hereof. Such notice shall provide a pe-
*las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-*

riod of not less than thirty (30) days from the date
*riodo de no menos de treinta (30) días a partir de la fecha de*

the notice is mailed within which Borrower may pay the sums
*envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas*

declared due. If Borrower fails to pay such sums prior to the
*declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la*

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof. — — — — — — — — — — — — — — — —
por el párrafo 18 de la presente. — — — — — — — — — — — — — —

— — 18. Acceleration; Remedies. Except as provided in paragraph 17
— — 18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, según dispuesto en el párrafo 14

hereof specifying: (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por



this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports. —————————
evidencia documentaria, resúmenes y estudios de título. ——————————

——19. Borrower's Right to Reinstate. Notwithstanding
——19. Derecho de Rehabilitación del Deudor. No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occurred;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración;

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todas los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravamen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

unimpaired. **Upon such payment and cure by Borrower, this**
adversamente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, está

**Mortgage and the obligations secured hereby shall remain in full force** Hipoteca
y las obligaciones garantizadas por la misma quedarán en completa fuerza

**and effect as if no acceleration had occurred.**------------------------------ y
vigor como si no hubiera ocurrido aceleración. -------------------------------------

**- - -20.     Assignment of Rents; Appointment of Receiver. As**
**- - -20.     Cesión     de     Rentas;     Designación     de     Síndico.     Como**

**additional security hereunder, Borrower hereby assigns to Lender** garantía
adicional, el Deudor por la presente cede al Prestador

**the rents of the Property, provided that Borrower shall, prior to**
las rentas de la Propiedad, disponiendose que el Deudor, antes de

**acceleration under paragraph 18 hereof or abandonment of the** aceleración de
vencimiento bajo el párrafo 18 de la presente o abandono de la

**Property, have the right to collect and retain such rents** Propiedad,
tendrá el derecho de cobrar y retener dichas rentas

**as they become due and payable.** --------------------------------------
según venzan y sean pagaderas.------------------------------------------------

**- -Upon acceleration under paragraph 18 hereof or abandonment of** - -Al
ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

**the Property, Lender shall be entitled to have a receiver appointed by** a la
Propiedad, el Prestador tendrá derecho a que se designe por un

**court to enter upon, take possession of and manage the Property and** tribunal
un síndico que entre, tome posesión de y administre la Propiedad y

**to collect the rents of the Property including those past due. All** que cobre
las rentas de la Propiedad incluyendo las anteriormente vencidas. Todas

**rents collected by the receiver shall be applied first to payment of the**
las rentas cobradas por el síndico serán aplicadas primero al pago de los

**costs of management of the Property and collection of rents, including,** gastos
de administración de la Propiedad y del cobro de las rentas Incluyendo,

**but not limited to, receiver's fees, premiums on receiver's bonds** sin que
implique limitación, a los honorarios del síndico, primas de la fianza del síndico

**and attorney's fees, and then to the sums secured by this Mortgage.**
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

**The receiver shall be liable to account only for those rents**
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

**actually received.** ----------------------------------------------------
realmente recibidas. ---------------------------------------------------------

**- -21.     Release.     Upon payment of all sums secured by this**
**- -21.     Descargo.     Una vez pagadas todas las sumas garantizadas por esta**

**Mortgage, Lender shall release and cancel this Mortgage at**
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

**Borrower's expense, or, at Borrower's option, endorse the Note for**
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré "para

**cancellation only" without charge to Borrower.** -----------------------------
cancelación únicamente" sin cargo al Deudor. ------------------------------------

----------------------------------------------------------------------------------

----------------------------------------------------------------------------



-- FIFTH: The Property. -------------------------------------
-- QUINTO: La Propiedad.-------------------------------------

---The description of the mortgaged Property is: ------------------
--- La descripción de la Propiedad es la siguiente: ----------------

----URBANA: Solar número CIENTO CINCUENTA Y SIETE (157), Urbanización San Vicente, Barrio Cabo Caribe de Vega Baja, Puerto Rico, Con una cabida de TRESCIENTOS DIECISEIS PUNTO VEINTISIETE METROS CUADRADOS (316.27 M/C).. En lindes por el NORTE, con el solar número ciento cincuenta y ocho, distancia de veintitrés punto noventa y seis metros; por el SUR, con el solar número ciento cincuenta y ocho, en una distancia de veintitrés punto noventa y seis metros; por el ESTE, con los solares ciento veinticuatro y ciento veintitrés, en una distancia de trece punto veinte metros; y por el OESTE, con la calle número cinco, distancia de trece punto veinte metros. -------------------------------------

----Enclava casa. -------------------------------------

-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------
-------------------------------------

which together with all the structures, improvements now or---
la cual junto con todas las estructuras, mejoras actuales o----

hereafter erected on the Property and all easements, rights,---
futuras en la propiedad y todas las servidumbres, derechos,----

appurtenances, rents, royalties, mineral, oil and gas rights,---
pertenencias, rentas, derechos y beneficios de minas, petróleo---

and profits, water, water rights and water stock and all---
y gas, agua, derechos de agua e inventario de agua y todos---

fixtures now and hereafter attached to the Property, all of----
los muebles actualmente o en el futuro adheridos a la Propie----

which, including replacements and additions thereto shall be----
dad, todos los cuales, incluyendo los que los reemplazan o----

deemed to be and remain a part of the Property covered by---
se le añadan en el futuro serán considerados como parte de ---

this Mortgage. -------------------------------------------------------
la Propiedad cubierta por esta Hipoteca. -----------------------

----The Property   is recorded at page fifty nine (59) of volume one hundred
----La Propiedad ----------------------------------------------------

nineteen (119) of Vega Baja, property number five thousand six hundred
forty eight (5,648), Registry of the Property of Bayamón, Fourth Section

-----SIXTH: Value of the Property: --------------------------------------
----SEXTO: Valor de la Propiedad: -------------------------------------

----Pursuant to the provisions of the Mortgage and Property----
----En cumplimiento de las disposiciones de la Ley Hipotecaria----

Registry Act of Puerto Rico, Borrower value the Property----
y del Registro de la Propiedad de Puerto Rico, el Deudor Tasa----

at an amount equal to the original principal amont of the----
la propiedad en una cantidad equivalente al principal original----

Note secured by this mortgage, which value shall serve as----
del Pagaré garantizado por esta hipoteca, cuyo valor servirá----

lowest bid at the first auction in the event of foreclosure.----
como tipo mínimo en la primera subasta en caso de ejecución.----

------------------------------------------------------------------------

------------------------------------------------------------------------

------------------------------------------------------------------------

------------------------------------------------------------------------

------------------------------------------------------------------------

------------------------------------------------------------------------

------------------------------------------------------------------------



---El Notario autorizante advierte al Deudor Hipotecario que de los fondos del refinanciamiento otorgado se está(n) pagando, si fuese el caso, el(los) balance(s) de cancelación de la(s) hipoteca(s) que grava(n) la(s) propiedad(es) antes mencionada(s) objeto de esta escritura pública, mediante cheque(s) mostrado(s) al Notario Autorizante, el(los) cual(es) ha(n) de ser remitido(s) al(los) acreedor(es) hipotecario(s), con el propósito de que sea(n) cancelada(s) dicha(s) hipoteca(s), lo cual no constituye una garantía absoluta de que ello así será hecho. El Deudor Hipotecario tiene el derecho de exigir que la(s) referida(s) hipoteca(s) sea(n) cancelada(s) en el mismo acto del refinanciamiento, pero se le advierte al Deudor Hipotecario que en la mayoría de las ocasiones el(los) pagaré(s) hipotecario(s) no está(n) disponible(s) para que sea(n) cancelado(s). El Deudor Hipotecario por la presente, renuncia voluntariamente a dicho derecho, estando consciente de los riesgos y consecuencias que conlleva el que no se cancele(n) dicha(s) hipoteca(s) a pesar de las advertencias hechas por el Notario autorizante en este acto. Se le advierte también al Deudor Hipotecario que el Reglamento 5337 emitido por el Comisionado de Instituciones Financieras de Puerto Rico, en su Artículo 10 dispone y requiere que toda institución financiera que retenga fondos para el saldo de la(s) hipoteca(s) previa(s) del préstamo de refinanciamiento entregue copia, al Deudor Hipotecario, del (los) cheque(s) emitido(s) para saldar el (los) balance(s) de la(s) hipoteca(s) previa(s) del préstamo de referencia. Este Artículo requiere también que el saldo de la(s) hipoteca(s) previa(s) se efectúe dentro de cinco (5) días laborables a partir del cierre del préstamo y que el receptor del pago le notifique al Deudor Hipotecario, dentro de treinta (30) días laborables a partir del recibo del pago, que dicho pago se recibió. Se advierte, además, en los casos aplicables de refinanciamiento, que bajo el "Federal Truth-in-Lending Act" y las regulaciones pertinentes, a menos que el Deudor Hipotecario renuncie al derecho de rescindir, bajo los criterios del Reglamento Z (Truth-in-Lending), la institución financiera no hará desembolso alguno hasta tanto el período de rescisión haya expirado y la institución financiera esté satisfecha que el Deudor Hipotecario no ha rescindido. --------------

---------------------------------------------



-- **SEVENTH:** Appearing Parties ("Borrower"), --------------------
-- **SEPTIMO:** Comparecientes ("Deudor"), --------------------

--EMMA VIOLETA VELEZ BAEL, Social Security

of legal age, single property owner and resident of Vega Baja, Puerto

Rico, personally known to me. --------------------

--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------
--------------------



—EIGHTH: Lender: The Lender to which order the Note -----------------------
—Octavo: Prestador: El Prestador a la orden de quien el -----------------------

has been issued and delivered is -----------------------------------------------
Pagaré se ha emitido y entregado lo es ----------------------------------------

---FIRSTBANK PUERTO RICO, (Employer's Social Security Number

) a commercial bank organized and existing under the Laws

of the Commonwealth of Puerto Rico, with principal offices in San Juan,

Puerto Rico. ------------------------------------------------------------------

- - --NINTH:   Waiver   of   Homestead   Rights.-----------------
--NOVENO:   Renuncia   de   Hogar   Seguro. -----------------

-- Borrower   hereby   waives,   in   favor   of   the   Lender,   to   the
-- El   Deudor   por   la   presente   renuncia,   a   favor   del   Prestador,   hasta   el

fullest   extent   allowed   by   law,   all   homestead   and   similar   rights
límite   permitido   por   ley,   todos   sus   derechos de   hogar seguro   y   derechos similares

conferred   upon Borrower   by   any   law,   including,   without   limitation,
conferidos   al   Deudor   por   cualquier   ley   incluyendo,   sin   implicar   limitación,

the provisions   of   the   Puerto   Rico   Right   of   Homestead   (31 L.P.R.A.
las   disposiciones   sobre   derecho   de   Hogar   Seguro   de   Puerto Rico   (31 L.P.R.A.

§185   1   -   1857)-------------------------------------------------
§   1851   -1857).------------------------------------------------

--TENTH:   Property   Address.   The   Property   Address   shall   be
--DECIMO:   Dirección   de   la   Propiedad.   La   Dirección   de   la   Propiedad   será

the   address   stated   in   the   Note   as   the   Property   Address.------------
la   dirección   indicada   en   el   Pagaré   como   Dirección   de   la   Propiedad.-----------

-------------------------------- ACCEPTANCE -----------------------------------
-------------------------------- ACEPTACION -----------------------------------

—The appearing parties accept this Deed in its entirely and I, the -----------
—Los comparecientes aceptan esta Escritura en su totalidad y yo, El -----------

Notary, made to the appearing parties the necessary legal warnings --------------
Notario, hice a los comparecientes las advertencias legales pertinentes ----------

concerning the execution of the same. I, the Notary, advised the -----------------
relativas a su otorgamiento. Yo, el Notario, advertí a las ----------------------

appearing parties as to their right to have witnesses present present at this -----
partes comparecientes de su derecho de tener testigos presentes a este -----------

execution, which right they waived. The appearing parties having --------------
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes -----

read this Deed in its entirety, fully ratify and confirm the --------------------------
leido esta Escritura en su totalidad, la ratificas totalment y confirman que las

statements contained herein as the true and exact embodiment of their ------------
declaraciones contenidas en la misma reflejas del y exactamente sus -------------

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones en cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mí, el Notario, y firman sus iniciales en -----------

each and every page of this Deed. --------------------------------------
todas y cada una de las páginas de esta Escritura. --------------------------

---I, the Notary, do hereby certify as to everything stated or con-
---Yo, el Notario, por la presente certifico de todo lo declarado y con-

---tained in this instrument. ------------------------------------------
---tenido en este instrumento -----------------------------------------

---I, the Notary, DO HEREBY ATTEST. -----------------------------
---Yo, el Notario, DOY FE. --------------------------------------------

---The Notary hereby clarifies that his office is located in the City
---Yo el Notario por la presente aclara que su oficina está localizada en

of San Juan, Puerto Rico, I, the Notary, DO HEREBY ATTEST AGAIN. --
la Ciudad de San Juan, Puerto Rico, Yo, el Notario REPITO LA FE. -----------
---Antes de proceder a firmar se hace contar que el nombre----
correcto de la deudora hipotecaria es EMMA VIOLETA VELEZ------
BAEZ y no como se expresó en la comparecencia de esta --------
escritura, se aclara además, que se identificó a la compareciente
mediante Licencia de Conducir número        emitida por el---
Estado Libre Asociado de Puerto Rico, la cual contiene su foto
y firma, y no como se expresó en la página veintiuno . Yo, --
el Notario, REPITO LA FE.-----------------------------------------------
---THE ORIGINAL OF THIS DEED CONTAINS FOURTEEN (14) PAGES.----

he corresponding Internal Revenue Stamps and the Notarial stamp
have been cancelled on the original of this deed. The signature of
all the appearing parties were written by them on the last page of the
original of this deed, also their initials were written by them on every
page. I hereby certify that the preceeding document is a true copy
of the first certified copy of its original in my Protocol to be filed at
the corresponding Registry of Property of Puerto Rico.-------  ----

_____
Notary Public



# EXHIBIT III

ESTUDIO DE TITULO

CASO : EMMA VIOLETA VÉLEZ BÁEZ
RE : Firstbank/0471-177

FINCA: #5648, inscrita al folio 55 del tomo 119 de Vega Baja, inscripción 1ra. (Sección IV de Bayamón).

DESCRIPCION :

URBANA: Solar #157 Urbanización San Vicente, barrio Cabo Caribe de Vega Baja, con una cabida de 316.27 metros cuadrados; en lindes por el NORTE, con solar 156 en 23.96 metros; por el SUR, con solar 158 en 23.96 metros; por el ESTE, con los solares 123 y 124 en 13.20 metros y por el OESTE, con la calle 5 en 13.20 metros.

ENCLAVA: Contiene una casa.

ORIGEN: Se segrega de la finca #3220, inscrita al folio 5 del tomo 70 de Vega Baja.

PROPIETARIO REGISTRAL: EMMA VIOLETA VELEZ BAEZ, mayor de edad, soltera, quien adquiere por compra a Ibis Figueroa Cardona, mayor de edad, soltera, por el precio de $54,592.84. Según escritura #47, otorgada en San Juan, el 23 de abril de 1999, ante Rafael Quiñones Vigo, inscrita al folio 59 del tomo 119 de Vega Baja, inscripción 5ta.

CARGAS Y GRAVAMENES

Por su Procedencia: Servidumbres y Condiciones Restrictivas.

Por sí:

1- HIPOTECA : Por $96,000.00, con intereses al 6 7/8% anual, en garantía de un pagaré a favor de Firstbank Puerto Rico que vence el 1ro de marzo de 2036. Según escritura #38, otorgada en San Juan el 28 de febrero de 2006, ante Carlos Omar González Dávila, inscrita al folio 76 del tomo 430 de Vega Baja, inscripción 6ta y última.

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

San Juan Puerto Rico, a 19 de mayo de 2009.

J G TITLE SERVICE, INC.
JGITS/eht
Cotejado por :
5648_VBA_E09
F-rcf

**EXHIBIT IV**



## REQUEST FOR DISMISSAL

**ATTORNEY** _____ Latimer, Biaggi _____

Loan Number _____ 215300 _____

Debtor _____ Emma Vélez Báez _____

Co-Debtor _____

BKR # _____ 10-01376 _____ CHPT _____ 13 _____ DATE FILED _____ 2/26/2010 _____

Payments due _____ 15 _____ Pre-pet _____ 12 _____ Post-pet _____ 3 _____

Due Date _____ Principal Balance _____

### Post- Petition arrears:

| | | | | |
|---|---|---|---|---|
| ____3____ | Months at | $ | 686.22 | $ 2,058.66 |
| _____ | Months at | _____ | | $ - |
| Late Charges at | | | | $ 19.46 |
| Legal Costs | | | | $ 150.00 |
| Foreclosure Fees | | | | $ - |
| Inspections | | | | $ 37.50 |
| Bad Chek Fee | | | | $ - |
| Other Charges | | | | $ - |

**TOTAL** $ 2,515.62

All reinstallment payments must be made up to the current month, including legal fees & late charges

#### Verified Declaration

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay and that the facts alleged are true and correct to the best of my knowledge.

Name _____   _____
          BANKRUPTCY OFFICER

This _____ 16 _____ day of _____ November _____ of _____ 2010 _____



Todo está en uno

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Emma Vélez Báez

- Loan Number: <u>215300</u>

- Principal balance: $ <u>92,284.64</u>

- Monthly late charges: $ <u>31.53</u>

- Pre-petition arrears and other charges: $ <u>11,305.78</u>

- Post-petition arrears: $ <u>2,515.62</u>

- Other charges: $ <u>.</u>

- Last post-petition installment was received on 09/17/10 applied to 08/01/10

- _____ No post-petition payments have been made.

- Present value interest compounded at 6.87500%, per annum.

This 16 day of November of 2010.

Name: Arlinda Rivera
Title:   Bankruptcy Officer

IN RE: 215300                                    CASE NO

Emma Vélez Báez

                                                 Q# 10-01376

Debtor(s)                                        CHAPTER: 13

---

## *VERIFIED STATEMENT*

I,    _____*Arlinda Rivera*_____ of legal age ____*Single*____ resident of

____*San Juan*____ , Puerto Rico, state under penalty of perjury as follows;

        That as to this date __November 16, 2010__   by search and review of the records

kept by ____*FirstBank*____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty,  in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status

has change.

That as part of my search I examined the following documents or records

available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San

Juan, Puerto Rico on ____ November 16 ____ 2010.

_____

*Bankruptcy Clerk*

Department of Defense Manpower Data Center

**EXHIBIT** 11/22-2010 06:30:37



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ⟨ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VELEZ | EMMA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who

have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:MSRHMJSGVL